1  McGREGOR W. SCOTT
2  United States Attorney
   KENDALL NEWMAN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2821
5
6  Attorneys for the United States of America

7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  JOHN G. CORN AND RUTH S. CORN,   )   CIV-S-03-2122 MCE/DAD
                                     )
15              Plaintiffs,          )
                                     )   **STIPULATION FOR DISMISSAL**
16       v.                          )   **AND ORDER OF DISMISSAL**
                                     )
17                                   )
                                     )
18  UNITED STATES OF AMERICA,        )
                                     )
19              Defendant.           )
20  _____  )

21       Pursuant to the terms of a written Settlement Agreement, and pursuant to the provisions

22  of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate

23  that this action be dismissed with prejudice.

24

25  //

26  //

27

28                                        1

IT IS SO STIPULATED.

DATED: August 22, 2005         /s/ DANIEL J. SULLIVAN
                               DANIEL J. SULLIVAN, Esq.
                               Attorney for Plaintiffs


DATED: August 22, 2005         McGREGOR W. SCOTT
                               United States Attorney


                       By:     /s/ KENDALL J. NEWMAN
                               KENDALL J. NEWMAN
                               Assistant U.S. Attorney
                               Attorneys for Defendant


**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: August 25, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2